IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH DALE LEWIS | NO. 3:26-MJ-975-BK |

**MOTION FOR DETENTION AND**
**MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pretrial detention of defendant, **Joseph Dale Lewis**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

__X__ Crime of violence (18 U.S.C. § 3156);

_____ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

__X_ Serious risk defendant will flee;

_____ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

_____ Felony involving a firearm, destructive device, or any other dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2. Reason for Detention: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required;

__X__ Safety of any other person and the community

3. Rebuttable Presumption: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Time for Detention Hearing: The United States requests the Court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __3____ days (not more than 3).

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Eli Sterbcow*
ELI STERBCOW
Assistant United States Attorney
Texas Bar Number 24121959
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Eli.Sterbcow@usdoj.gov

**CERTIFICATE OF NON-SERVICE**

I hereby certify that a true and correct copy of this document was filed via the Court's CM/ECF System on this 31st day of July 2026.

/s/ *Eli Sterbcow*
ELI STERBCOW
Assistant United States Attorney